In the Matter of the Will of JACOB G. DETTMER, Deceased. BROOKLYN
INSTITUTE OF ARTS AND SCIENCES et al., Appellants; CITY BANK FARMERS
TRUST COMPANY, as Trustee under the Will of JACOB G. DETTMER, Deceased,
et al., Respondents.—

Present — Close, P. J., Hagarty, Carswell, Johnston and Taylor, JJ.   [178 Misc. 401.]